**Order entered February 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00960-CV

**HARSHA ARAMADA, M.D., ET AL., Appellants**

**V.**

**CYNTHIA YATES, INDIVIDUALLY AND AS**
**REPRESENTATIVE OF THE ESTATE OF HUBERT YATES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-07083-B**

### ORDER

Before the Court is appellants' February 16, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 1, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE